IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02381-MSK-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

THE SPUD SELLER, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Motion to Intervene as Plaintiff Pursuant to Fed. R. Civ. P. 24(a)(1)** [Docket No. 6; Filed November 5, 2010] (the "Motion"). Plaintiff does not oppose the relief requested and Defendant takes no position. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The caption shall be amended to reflect the addition of Plaintiff-Intervenor Maria Portillo, a/k/a Maria De Jesus Ramirez.

    IT IS FURTHER **ORDERED** that the Clerk is instructed to accept Plaintiff-Intervenor's Complaint [Docket No. 6-1] for filing as of the date of this Minute Order.

    Dated: November 5, 2010