IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02381-MSK-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

and

MARIA PORTILLO, a/k/a Maria De Jesus Ramirez,

     Plaintiff-Intervenor,

v.

THE SPUD SELLER, INC.,

     Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff EEOC's Unopposed Motion for Leave to Allow Attendance of Claimants' Non-Party Family Members at Settlement Conference Scheduled for April 4, 2011** [Docket No. 19; Filed March 31, 2011] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **DENIED**. If this is inconvenient for any party planning to attend, he or she may file a motion to reset the conference to a date and time when child and elder care can be obtained.

     Dated: April 1, 2011