IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02381-MSK-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

MARIA PORTILLO, a/ka Maria De Jesus Ramirez,

    Plaintiff-Intervenor,

v.

THE SPUD SELLER, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order to Enlarge the Time to Conduct Depositions, Allow Eleven Depositions to Defendant, and to Submit Dispositive Motions** [Docket No. 25; Filed August 24, 2011] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on December 6, 2010 [Docket No. 13] is amended to permit Defendant to take eleven depositions, limited to Plaintiff-Intervenor and each of the ten class members.  The depositions must be completed on or before **October 20, 2011**.  The deadline for filing dispositive motions is extended up to and including **November 28, 2011**.

   In consideration of the Rule 16 Conference scheduled before the District Court on February 28, 2012, the Court will likely decline to entertain any further requests for extensions of time.

   Dated:  August 26, 2011