IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02381-MSK-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

MARIA PORTILLO, a/ka Maria De Jesus Ramirez,

    Plaintiff-Intervenor,

v.

THE SPUD SELLER, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Attorney April L. Jones' **Motion to Withdraw** [Docket No. 28; Filed August 31, 2011] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A.  The Motion is subject to denial on this basis alone.  Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Attorney Jones is relieved of any further representation of Defendant in this case.  The Clerk of the Court is instructed to terminate Attorney Jones as counsel of record, and to remove her name from the electronic certificate of mailing.  Defendant shall continue to be represented by Attorneys Daniel R. Satriana, Jr. and Matthew Y. Biscan.

    Dated:  September 1, 2011