IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02381-MSK-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

MARIA PORTILLO, a/ka Maria De Jesus Ramirez,

Plaintiff-Intervenor,

v.

THE SPUD SELLER, INC.,

Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the **"Confidentiality Stipulation and Protective Order"** [Docket No. 34; Filed November 22, 2011], filed as a motion, and on **Defendant's Motion for Extension of Time to File Dispositive Motions** [Docket No. 35; Filed November 23, 2011].

IT IS HEREBY **ORDERED** that the "Confidentiality Stipulation and Protective Order" [#34] is **ACCEPTED** with interlineations and entered contemporaneously with this Minute Order.

IT IS FURTHER **ORDERED** that the Motion for Extension of Time [#35] is **GRANTED IN PART** as follows. The parties request an extension of the deadline for filing dispositive motions to January 6, 2012. However, in consideration of the Rule 16 Conference scheduled before the District Judge on February 28, 2012, the Court will grant an extension of the dispositive motion deadline up to and including **December 28, 2011.** No further request for an extension of this deadline will be granted, absent exceptional cause and the resetting of the Rule 16 Conference.

Dated: November 28, 2011