# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Emily Seamon                             Date: March 13, 2013
Court Reporter:     Terri Lindblom

Civil Action No. 10-cv-02381-MSK-KLM

*Parties*:                                                   *Counsel Appearing:*

EQUAL EMPLOYMENT OPPORTUNITY                                 William Moench
COMMISSION,

      Plaintiff,

MARIA PORTILLO, a/k/a MARIA DE JESUS                         Jenifer Rodriguez
RAMIREZ,

      Plaintiff-Intervenor,

v.
                                                             Daniel Satriana
THE SPUD SELLER, INC.,

      Defendant.

---

## COURTROOM MINUTES

---

HEARING: LAW AND MOTION

**3:30 p.m.     Court in session.**

Discussion regarding the Joint Motion for Entry of Consent Decree and for Dismissal With Prejudice Subject to Entry of Consent Decree [Doc. No. 62].

Counsel represent that the consent decree is fair, adequate, and reasonable, and that it is not a product of collusion or against the public interest.

Discussion regarding a procedural issue.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Joint Motion for Entry of Consent Decree and for Dismissal With Prejudice Subject to Entry of Consent Decree [Doc. No. 62, Filed January 31, 2013] is GRANTED.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**  The Court approves the agreement.  The Court finds that the agreement of the parties is fair, adequate, and reasonable.  It is neither illegal nor a product of collusion, and it is not against the public's interest.

**ORDER:**  The case is dismissed.  All claims are dismissed with prejudice.

**3:39 p.m.**  **Court in recess.**

**Total Time:   00:09**
**Hearing concluded.**